UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORLAND RIVERA-AMADOR,

        Petitioner,

v.                                        Case No. 3:26-cv-70-JEP-LLL

SHERIFF SCOTTY RHODEN, et al.,

        Respondents.
_____

## **ORDER**

This cause is before the Court *sua sponte*. As the Court previously observed, *see* Order (Doc. 6), the Petition in this case is nearly identical to the one Petitioner filed in an action he previously initiated in this Court, which the Honorable Wendy W. Berger dismissed without prejudice. *See* Case No. 3:25-cv-1460-WWB-SJH, Doc. 10 (dismissing the § 2241 petition because the *Zadvydas*[1] claim was premature, and the other claim was barred under 8 U.S.C. § 1252(g)). Upon review of Petitioner's Response to the Order to Show Cause (Doc. 7), it appears Petitioner disputes the Court's ruling that it lacks jurisdiction to entertain his claims.

---

[1] *Zadvydas v. Davis*, 533 U.S. 678 (2001).

As such, this case is hereby reassigned to the Honorable Wendy W. Berger, United States District Judge, Middle District of Florida, with her consent, to conduct all further proceedings. *See* M.D. Fla. R. 1.07(a)(1) ("If an action is docketed, assigned, and terminated; later re-filed without a material change in the issues or the parties; and assigned to a judge other than the judge originally assigned, the originally assigned judge should accept the transfer.").

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of January, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

caw
c:
Counsel of Record