**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORLAND RIVERA-AMADOR,

        Petitioner,

v.                                                                  Case No. 3:26-cv-70-WWB-LLL

SHERIFF SCOTTY RHODEN, et al.,

        Respondents.
_____

## **ORDER**

Upon review of the Petition filed in this case (Doc. 1), the Court concludes it must be dismissed for the reasons set forth in the Order of dismissal in case number 3:25-cv-1460-WWB-SJH. Petitioner re-filed his Petition with the same claims, including the one over which the Court previously determined it lacked jurisdiction. *See* Case No. 3:25-cv-1460-WWB-SJH, Doc. 10, at *5–7. If Petitioner disagrees with the Court's prior ruling, the proper method for seeking review is by filing a motion for relief from judgment or a notice of appeal in case number 3:25-cv-1460-WWB-SJH.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice**.
2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

2

3. If Petitioner appeals the dismissal of the case, this Court denies a certificate of appealability.[1]  Because this Court has determined that a certificate of appealability is not warranted, the Clerk shall terminate from the pending motions report any motion to proceed on appeal as a pauper.  Such termination shall serve as a denial of the motion.

**DONE AND ORDERED** in Jacksonville, Florida, on 23, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-6
c:
Counsel of Record

---

[1] The Court should issue a certificate of appealability only if a petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  To make this substantial showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).  Upon due consideration, the Court will deny a certificate of appealability.